LAW LIBRARY

NO. 29798

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

PASCAL C. BOLOMET and ROUTH T. BOLOMET,
Petitioners/Plaintiffs-Appellants,

vs.

RLI INSURANCE COMPANY, JAMES G. McLEAN, and ANNE L. McLEAN,
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 05-1-2222)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Moon, C.J., for the court[1])

Upon consideration of the motion for reconsideration, filed on August 3, 2010, by petitioners/plaintiffs-appellants Pascal C. Bolomet and Routh T. Bolomet, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, August 10, 2010.

FOR THE COURT:

Chief Justice

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)